IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Garcia Marino, Edward | Case Number: 04 B 06990 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/11/08 | Filed: 2/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2008
Confirmed: April 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,895.00 | |
| Secured: | | 2,573.35 |
| Unsecured: | | 20,302.27 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 1,419.38 |
| Other Funds: | | 0.00 |
| Totals: | 26,895.00 | 26,895.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | Centier Bank | Secured | 2,573.35 | 2,573.35 |
| 3. | Resurgent Capital Services | Unsecured | 2,103.83 | 2,258.57 |
| 4. | Indiana Secondary Market | Unsecured | 27.52 | 29.53 |
| 5. | RoundUp Funding LLC | Unsecured | 4,879.20 | 5,238.06 |
| 6. | Indiana Secondary Market | Unsecured | 14.66 | 15.74 |
| 7. | Indiana Secondary Market | Unsecured | 66.20 | 71.07 |
| 8. | FDS National Bank | Unsecured | 153.16 | 164.42 |
| 9. | RoundUp Funding LLC | Unsecured | 2,594.80 | 2,785.64 |
| 10. | Indiana Secondary Market | Unsecured | 35.69 | 38.31 |
| 11. | Resurgent Capital Services | Unsecured | 5,012.55 | 5,381.24 |
| 12. | ECast Settlement Corp | Unsecured | 184.21 | 197.75 |
| 13. | Resurgent Capital Services | Unsecured | 616.94 | 662.31 |
| 14. | Resurgent Capital Services | Unsecured | 3,222.61 | 3,459.63 |
| 15. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 16. | Value City | Unsecured | | No Claim Filed |
| 17. | AT&T Universal Card | Unsecured | | No Claim Filed |
| | | | $ 24,084.72 | $ 25,475.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 159.36 |
| 4% | 94.00 |
| 6.5% | 333.03 |
| 3% | 47.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Garcia Marino, Edward

Printed:  3/11/08

Case Number:  04 B 06990
Judge:  Wedoff, Eugene R
Filed:  2/24/04

|  |  |
|---|---|
| 5.5% | 266.39 |
| 5% | 78.26 |
| 4.8% | 154.78 |
| 5.4% | 285.63 |
|  | _____ |
|  | $ 1,419.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____